# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON PAUL PERROTT,<br><br>        Petitioner,<br><br>    v.<br><br>LINDA SANDERS, Warden,<br><br>        Respondent. | Case No. CV 09-7108-PA (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed without prejudice.

DATED: July 21, 2010

                                         PERCY ANDERSON
                             UNITED STATES DISTRICT JUDGE